696

Circuit Court of Appeals for the Second Circuit granted limited to the first question presented by the petition for the writs. *Messrs. Milton C. Weisman, Walter Brower, Samuel J. Cohen, Samuel S. Allan, Seymour D. Altmark,* and *Coleman Gangel* for petitioners. *Solicitor General Fahy* and *Mr. Douglas B. Maggs* for respondent.

No. 371. COMMISSIONER OF INTERNAL REVENUE *v.* SMITH. October 16, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Fahy* for petitioner. *Messrs. Franklin T. Griffith* and *Earl S. Nelson* for respondent.

No. 391. RICE *v.* OLSON, WARDEN. October 16, 1944. Petition for writ of certiorari to the Supreme Court of Nebraska granted.

No. 410. PRICE, TRUSTEE, ET AL. *v.* GURNEY ET AL. October 23, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Messrs. Wm. W. Keifer* and *George W. Tehan* for petitioners. *Mr. Isaac E. Ferguson* for respondents.

No. 419. CATLIN ET AL., TRUSTEES, *v.* UNITED STATES. October 23, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Thomas S. McPheeters, Henry Davis,* and *George D. Burroughs* for petitioners. *Solicitor General Fahy,*